State v. Foster

VAUGHN, Judge.

Plaintiff's action must fail for a number of reasons. We need to mention only one. It is perfectly clear that the General Assembly did not, in 1971, appropriate funds for the payments to which plaintiff contends she is entitled, and, for that reason, the action was properly dismissed. Moreover, notwithstanding the language found in its caption, when the act in question is construed contextually it fails to provide the benefits contended for by plaintiff.

Affirmed.

Judges BRITT and PARKER concur.

STATE OF NORTH CAROLINA v. GEORGE SYLVESTER FOSTER

No. 7428SC152

(Filed 3 April 1974)

APPEAL by defendant from *Anglin, Judge,* at the 13 August 1973 Criminal Session of BUNCOMBE County Superior Court.

Heard in the Court of Appeals 19 March 1974.

The defendant was tried under three bills of indictment charging him with armed robbery, kidnapping, and assault with a deadly weapon with intent to kill inflicting serious bodily injury not resulting in death.

The State offered Goldie Dotson who identified the defendant as the man who held a sawed-off shotgun on her while a codefendant demanded and got money from her while she was on duty at the 7-11 Store on Biltmore Avenue in the City of Asheville. She testified she saw them commandeer one Roy Lee Burrell and take him and his truck and leave the store at a high rate of speed going north on Biltmore Avenue. The defendants took approximately $341.00. Roy L. Burrell testifed that he was grabbed and forced to his truck at gunpoint; that when he did not move fast enough, he was shot in the leg and then pushed in the middle of the truck between the two defendants and forcibly carried to the intersection of Biltmore Avenue and Victoria Road where his truck was wrecked. Burrell further

testified that he spent several weeks in the hospital, and that he is permanently injured, his injuries necessitating his having to wear a brace on his leg for the remainder of his life.

The defendant testified that he was not in Asheville at the time of the robbery and was living in Wilson, North Carolina.

Defendant was convicted of three charges and sentenced to forty-seven years in the State Prison for the kidnapping, fifteen years for the armed robbery, and five years for the lesser included offense of assault with a deadly weapon inflicting serious injury, all sentences to run concurrently.

*Attorney General Robert Morgan by Associate Attorney General Keith L. Jarvis for the State.*

*Robert L. Harrell for defendant appellant.*

CAMPBELL, Judge.

This case presents only the face of the record for review. We have carefully reviewed the record and find no prejudicial error.

No error.

Judges MORRIS and VAUGHN concur.

---

IN THE MATTER OF: RICHARD EVERETTE BROWN, BORN: JANUARY 8, 1964 2110 NORTH TRADE STREET WINSTON-SALEM, NORTH CAROLINA

No. 7321DC656

(Filed 3 April 1974)

APPEAL by respondent from *Alexander, Judge,* 25 April 1973 Session of District Court held in FORSYTH County.

This case arose out of petitions alleging that respondent is a delinquent child as defined by G.S. 7A-278(2). The evidence disclosed that respondent along with others participated in a series of robberies from one of his schoolmates. He was found to be delinquent. In a separate order, he was committed to the custody of the North Carolina Board of Youth Development.